**James Norman WELLS, Appellant,**

v.

**The STATE OF TEXAS et al., Appellee.**

No. 22182.

United States Court of Appeals
Fifth Circuit.

Dec. 10, 1965.

Rehearing Denied Jan. 6, 1966.

Certiorari Denied Feb. 28, 1966.
See 86 S.Ct. 939.

James N. Wells, pro se.

Sam R. Wilson, Asst. Atty. Gen., and Frank Briscoe, Dist. Atty., Houston, Tex., for appellee.

Before BROWN and GEWIN, Circuit Judges, and K I L K E N N Y,* District Judge.

PER CURIAM:

It now appearing that the Texas indictment (State of Texas v. James Norman Wells, No. 98092, District Court of Harris County) which forms the basis for the relief sought by appellant in the Federal Courts has been dismissed on motion of the District Attorney, this cause and appeal is hereby dismissed as moot.

Dismissed as moot.

* Of the District of Oregon, sitting by designation.